

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2016

No. 04-16-00378-CV

Sandra Lynn **BURGER**,
Appellant

v.

Daryl Glenn **BURGER**,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV 15-0000124
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to December 29, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court